```
          UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF GEORGIA
                ATLANTA DIVISION
```

EILEEN HAILEY,

      Plaintiff,         CIVIL ACTION

  v.                    NO. 1:09-CV-2482-CAP

AMIR HAMMAMI, MALCOLM JOEL,

      Defendants.

## O R D E R

This matter is pending before this court on the plaintiff's voluntary dismissal with prejudice. The defendant communicated to the court that there is no opposition, therefore, this case is DISMISSED with prejudice.

SO ORDERED, this  7th  day of June, 2010.

                                      /s/Charles A. Pannell, Jr.
                                      CHARLES A. PANNELL, JR.
                                      United States District Judge